# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 17-644V
Filed: May 3, 2018
UNPUBLISHED

| | |
|---|---|
| MUNA ALLAHAM,<br><br>      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>      Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Jessica Anne Olins, Maglio Christopher & Toale, PA, Sarasota, FL,* for petitioner.
*Kathryn Ann Robinette, U.S. Department of Justice, Washington, DC,* for respondent.

### **DECISION AWARDING DAMAGES**[1]

**Dorsey**, Chief Special Master:

  On May 16, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleged that she suffered left shoulder bursitis and impingement which either meets the criteria set forth in the Vaccine Injury Table for a shoulder injury related to vaccine administration ("SIRVA") or, in the alternative, is causally related to the influenza vaccination she received in her left shoulder on October 22, 2015. Petition at ¶¶ 1, 4, 13, 16. The case was assigned to the Special Processing Unit of the Office of Special Masters.

  On January 12, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for SIRVA. (ECF No. 18). On May 3, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $55,414.80. (ECF No. 31). In the Proffer, respondent represented that petitioner

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

agrees with the proffered award. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $55,414.80 in the form of a check payable to petitioner, Muna Allaham.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

> **s/Nora Beth Dorsey**
> Nora Beth Dorsey
> Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| MUNA ALLAHAM,<br><br>        Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>        Respondent. | No.17-644V<br>Chief Special Master Dorsey<br>ECF |

## PROFFER ON AWARD OF COMPENSATION

On January 10, 2018, respondent filed a Rule 4(c) report conceding entitlement to compensation in this case. On January 12, 2018, the Chief Special Master issued a Ruling on Entitlement finding that petitioner was entitled to vaccine compensation for her Shoulder Injury Related to Vaccine Administration ("SIRVA").

**I.** **Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $ 55,414.80, which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1] Petitioner agrees.

**II.** **Form of the Award**

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of $55,414.80, in the form of a check payable to petitioner. Petitioner agrees.

---

[1] Should petitioner die prior to the entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

ALEXIS BABCOCK
Assistant Director
Torts Branch, Civil Division

s/ Kathryn A. Robinette
KATHRYN A. ROBINETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel:  (202) 616-3661
Fax:  (202) 616-4310

DATED:  May 3, 2018